**2:26-cv-00321-MKL**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

---

In re: Roman Catholic Diocese of Burlington, Vermont, Debtor.

---

Christ the King Parish in Rutland *et al*, Appellant

v.

Roman Catholic Diocese of Burlington, Vermont *et al*, Appellee.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT

---

# NOTICE OF NON-PARTICIPATION OF WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 2

---

LISA A. TRACY
Deputy General Counsel
BETH A. LEVENE
Associate General Counsel

U.S. Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399

WILLIAM K. HARRINGTON
United States Trustee for Region 2
ERIN CHAMPION
Assistant United States Trustee
HARRISON E. STRAUSS
Trial Attorney

U.S. Department of Justice
Office of the United States Trustee
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12077
Tel: (518) 434-4553

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee") hereby gives notice of an intention to not participate in the bankruptcy appeal herein, designated as Case No. 26-cv-00321-MKL. Appellant, Christ the King Parish in Rutland *et al*, appeals from an order of the Bankruptcy Court for the District of Vermont, enforcing the automatic stay. Bankr. Case No. 24-10205-HZC, Dkt. 882.

The Court's docket lists the United States Trustee as an appellee. However, the Notice of Appeal lists the United States Trustee as an other party to the appeal, not specifically as an appellee. Although the United States Trustee appeared in the bankruptcy proceedings leading to the entry of the order, the United States Trustee did not file any pleadings in support of, nor in opposition to, the motion by the official committee of unsecured creditors to impose automatic stay. Bankr. Case No. 24-10205-HZC, Dkt. 856. Accordingly, the United States Trustee will not participate in this appeal.

Dated: September 29, 2026

Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee for Region 2

***By:*** ***/s/ Harrison E. Strauss***
HARRISON E. STRAUSS
Trial Attorney

LISA A. TRACY
Deputy General Counsel
BETH A. LEVENE
Associate General Counsel

U.S. Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399

WILLIAM K. HARRINGTON
United States Trustee for Region 2
ERIN CHAMPION
Assistant United States Trustee
HARRISON E. STRAUSS
Trial Attorney

U.S. Department of Justice
Office of the United States Trustee
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12077
Tel: (518) 434-4553

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, a true and correct copy of this Notice was electronically filed with the Court using the CM/ECF system, which sends notification to all parties in interest participating in this case through the CM/ECF system.

By: */s/ Harrison E. Strauss*
Harrison E. Strauss