U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 29 AM 10: 56

CLERK

BY ________ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

**ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,**

Debtor.

**BISHOP JOHN J. McDERMOTT; CHRIST THE KING - ST. ANTHONY PARISH, BURLINGTON; ST. JOSEPH CO-CATHEDRAL, BURLINGTON; ST. MARK PARISH, BURLINGTON; ST. AMBROSE CHURCH, BRISTOL; ST. MARY CHURCH, CAMBRIDGE; OUR LADY OF MT. CARMEL CHURCH, CHARLOTTE; OUR LADY OF GRACE PARISH, COLCHESTER; ST. PIUS X CHURCH, ESSEX JUNCTION; HOLY FAMILY - ST. LAWRENCE PARISH, ESSEX JUNCTION; ST. JUDE CHURCH, HINESBURG; HOLY CROSS PARISH, COLCHESTER; ST. ANN PARISH, MILTON; OUR LADY OF THE HOLY ROSARY PARISH, RICHMOND; ST. CATHERINE OF SIENA, SHELBURNE; ST. JOHN VIANNEY CHURCH, SOUTH BURLINGTON; OUR LADY OF THE LAKE PARISH, SOUTH HERO; ST. THOMAS PARISH, UNDERHILL CENTER; ST. PETER PARISH , VERGENNES; IMMACULATE HEART OF MARY PARISH, WILLISTON; ST. FRANCIS XAVIER, WINOOSKI; ST. CHARLES PARISH, BELLOWS FALLS; OUR LADY OF THE VALLEY PARISH, RANDOLPH; ST. MICHAEL ROMAN CATHOLIC CHURCH, BRATTLEBORO; HOLY NAME OF MARY PARISH, PROCTORSVILLE C/O LUDLOW; OUR LADY OF MERCY, PUTNEY; HOLY FAMILY PARISH, SPRINGFIELD; ST. ANTHONY'S PARISH, WHITE RIVER; OUR LADY FATIMA, WILMINGTON; ST. FRANCIS OF ASSISI PARISH, WINDSOR; OUR LADY OF THE SNOWS, WOODSTOCK; CHRIST OUR SAVIOR PARISH, MANCHESTER CENTER; ST. JOHN THE BAPTIST PARISH, NORTH BENNINGTON; ST.**

**Civil Case No. 26-cv-321**

On Appeal from the United States Bankruptcy Court for the District of Vermont

Bankr. Case No. 24-10205
(Chapter 11)

JOACHIM PARISH, READSBORO;
SACRED HEART ST. FRANCIS DE SALES,
BENNINGTON; ST. MONICA PARISH,
BARRE; OUR LADY OF PERPETUAL
HELP, BRADFORD; ST. FRANCIS OF
ASSISI, NORWICH; OUR LADY OF LIGHT,
SOUTH STRAFFORD; ST. EUGENE,
WELLS RIVER; MARY QUEEN OF ALL
SAINTS, HARDWICK; ST. AUGUSTINE
PARISH, MONTPELIER; THE MOST HOLY
NAME OF JESUS PARISH, MORRISVILLE;
ST. JOHN THE EVANGELIST PARISH,
NORTHFIELD; BLESSED SACRAMENT
CATHOLIC CHURCH, STOWE; OUR LADY
OF THE SNOW AND ST. PATRICK'S
PARISH, WAITSFIELD & MORETOWN;
ST. ANDREW PARISH, WATERBURY;
MOST HOLY TRINITY PARISH, BARTON;
MATER DEI PARISH, DERBY LINE;
CORPUS CHRISTI PARISH, ST.
JOHNSBURY; ST. ANDRE BESSETTE
PARISH, TROY; ST. MARY PARISH
CHARITABLE TRUST, BRANDON; ST.
BERNADETTE AND ST. GENEVIEVE
PARISH, BRIDPORT C/O MIDDLEBURY;
ST. JOHN THE BAPTIST PARISH,
CASTLETON; OUR LADY OF SEVEN
DOLORS PARISH, FAIR HAVEN;
ANNUNCIATION OF THE BLESSED
VIRGIN MARY, LUDLOW; ASSUMPTION
OF THE BLESSED VIRGIN MARY (ST.
MARY'S) PARISH, MIDDLEBURY; ST.
FRANCES CABRINI PARISH, WEST
PAWLET; ST. PAUL PARISH, ORWELL
C/O CASTLETON; ST. ALPHONSUS,
PITTSFORD; ST. RAPHAEL PARISH,
POULTNEY; ST. DOMINIC PARISH,
PROCTOR; CHRIST THE KING CHURCH,
RUTLAND; ST. PETER, RUTLAND; ST.
PATRICK PARISH, WALLINGFORD; ST.
BRIDGET PARISH, WEST RUTLAND; ST.
STANISLAUS KOSTKA PARISH, WEST
RUTLAND; ST. JOHN THE BAPTIST,
ENOSBURG; ST. LUKE, FAIRFAX; ST.
PATRICK PARISH, FAIRFIELD; ST.
ISIDORE PARISH, MONTGOMERY C/O
RICHFORD; ALL SAINTS PARISH,
RICHFORD; OUR LADY OF LOURDES
PARISH, EAST BERKSHIRE;
IMMACULATE CONCEPTION PARISH, ST.
ALBANS; ASCENSION PARISH, GEORGIA
C/O FAIRFAX; ST. ANTHONY PARISH,
SHELDON SPRINGS; ST. MARY'S,
FRANKLIN; CHURCH OF THE NATIVITY -

**ST. LOUIS PARISH, SWANTON; ST. ANTHONY ST. GEORGE PARISH, FAIRFIELD; CHRIST THE KING SCHOOL, BURLINGTON; ST. FRANCIS XAVIER, WINOOSKI; ST. MICHAEL SCHOOL, BRATTLEBORO; SACRED HEART SCHOOL, BENNINGTON; ST. MONICA - ST. MICHAEL SCHOOL, BARRE; ST. PAUL'S CATHOLIC SCHOOL, BARTON; CHRIST THE KING SCHOOL, RUTLAND; GOOD SHEPHERD CATHOLIC SCHOOL, ST. JOHNSBURY; ST. THERESE DIGITAL ACADEMY, BURLINGTON,**

Appellant,

v.

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

Appellee.

---

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon consideration of the *Motion to Admit Brittany M. Michael as Counsel Pro Hac Vice* (the "Motion"), filed by Paul A. Levine, Esq., a member in good standing of the Bar of this Court, seeking the admission of Brittany M. Michael (the "Applicant") to practice *pro hac vice* as counsel for the Official Committee of Unsecured Creditors in the above-captioned bankruptcy appeal; and upon the accompanying affidavit of the Applicant and the certificate of good standing submitted therewith, which together establish:

(a) the Applicant's membership in good standing of the bar of the highest court of the States of Minnesota and New York and of the United States District Courts for the District of Minnesota, the Southern District of New York, and the Western District of New York, satisfying L.R. 83.1(b)(1);

(b) the information required by L.R. 83.1(b)(2)(B)(i) and (ii) concerning the Applicant's office address and contact information and each of her bar memberships and corresponding bar identification numbers;

(c) the Applicant's representations, required by L.R. 83.1(b)(2)(B)(iii) and (iv), that she has no pending disciplinary complaint as to which a finding has been made that it should proceed to a hearing, and that she has not been denied admission to, disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint;

(d) the Applicant's affirmation, required by L.R. 83.1(b)(2)(B)(v), that she has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and the Vermont Rules of Professional Conduct;

(e) the Applicant's designation, required by L.R. 83.1(b)(2)(B)(vi), of Paul A. Levine, Esq., as her agent for service of process and of the District of Vermont as the forum for resolution of any dispute arising out of her admission; and

(f) payment of the non-refundable fee required by L.R. 83.1(b)(2)(C) and submission of the certificate of good standing required by L.R. 83.1(b)(2)(D);

and good cause appearing therefor, it is hereby

**ORDERED as follows:**

1. The Motion is GRANTED.

2. Brittany M. Michael is admitted to practice *pro hac vice* before this Court in the above-captioned appeal as counsel for the Official Committee of Unsecured Creditors appointed in *In re Roman Catholic Diocese of Burlington, Vermont*, Case No. 24-10205 (Bankr. D. Vt.).

3. Pursuant to L.R. 83.1(b)(4), Brittany M. Michael shall remain associated in this action with Paul A. Levine, Esq., or another member of the Bar of this Court, at all times. Local counsel shall sign all filings and attend all court proceedings, absent waiver by the Court for good cause shown.

4. Brittany M. Michael shall comply with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Vermont Rules of Professional Conduct.

5. Brittany M. Michael shall promptly notify the Clerk of the Court of any material change in the representations made in her affidavit, including any change in her bar status or any disciplinary proceeding involving her.

6. Pursuant to L.R. 83.1(b)(3), this admission may be revoked for good cause at any time without a hearing.

Dated: September 29, 2026
~~Burlington~~ Rutland, Vermont

[signature]
United States District Judge